Submitted on petiton for review September 1, 1978,
remanded February 7, 1979

DAVID ALLEN RUTHERFORD, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY

et al, *Respondents.*

(CA 10407, SC 25795)

589 P2d 1127

Gary D. Babcock, Public Defender, and James E.
Mountain, Deputy Public Defender, Salem, for the
petition.

James A. Redden, Attorney General, Walter L.
Barrie, Solicitor General, and Scott McAlister, Assist-
ant Attorney General, Salem, contra.

## MEMORANDUM OPINION.

This case is remanded to the Court of Appeals for reconsideration in light of ORS 421.195 and *Chochrek v. Cupp,* 23 Or App 1, 541 P2d 495 (1975).